Augustyn Kasprzyk v. Axiom, et al.                                       Case No. 17 C 8523

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **Augustyn Kasprzyk**       ) | |
|         **Plaintiff,**      ) | |
|                             ) | |
|    **v.**                   ) | **Case No. 17 C 8523** |
|                             ) | **Judge Charles R. Norgle** |
| **Axiom Financial Services, et al.**  ) | |
|         **Defendants.**     ) | |

## PLAINTIFFS' MOTION TO DISMISS DEFENDANT DITECH FINANCIAL LLC

Plaintiff Augustyn Kasprzyk, by and through his attorneys of Logik Legal LLC, move court to dismiss Defendant Ditech Financial LLC. Therefore, Plaintiff submits this ***Motion to Dismiss Defendant Ditech Financial LLC*** (Motion), stating as follows:

1. On November 27, 2017 Plaintiff commenced this action. [Dkt. 204].

2. On December 6, 2017 Defendant Ditech Financial LLC (Ditech) was served with notice of this action and the claims against Ditech.

3. Plaintiff now seeks to voluntarily dismiss Ditech from this action.

**WHEREFORE**, Plaintiff request this honorable Court dismiss Defendant Ditech Financial LLC.

                Respectfully Submitted,

                /s/Sabrina Herrell
                Sabrina Herrell
                LOGIK Legal LLC
                11416 S. Prairie, 3rd Floor
                Chicago, Illinois 60628-5047
                773.568.5620

Augustyn Kasprzyk v. Axiom, et al.                                          Case No. 17 C 8523

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has been served to the following parties through the court's electronic filing system on January 31, 2018 and by email from Plaintiff, through counsel.

Jennifer L. Majewski
jmajewski@pilgrimchristakis.com

                                                  Respectfully Submitted,

                                                  /s/Sabrina Herrell
                                                  Sabrina Herrell, Atty No. 6277650
                                                  LOGIK Legal LLC
                                                  11416 S. Prairie, 3rd Floor
                                                  Chicago, Illinois 60628-5047
                                                  773.568.5620