Augustyn Kasprzyk v. Axiom, et al.  Case No. 17 C 8523

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **Augustyn Kasprzyk**<br>　　　　　　Plaintiff,<br><br>v.<br><br>**Axiom Financial Services, et al.**<br>　　　　　　Defendants. | Case No. 17 C 8523<br>Judge Charles R. Norgle |

### ORDER

This matter is before the Court pursuant to Plaintiff's *Motion to Dismiss Defendant Ditech Financial LLC*. The parties in agreement and the court being fully informed. IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Dismiss Defendant Ditech Financial LLC is granted.

2. Each party shall bear their own attorneys' fees and costs.

_____
Entered by: Judge Charles R. Norgle

2/8/2018

LOGIK Legal LLC
Attorneys for Defendant
11416 S. Prairie, 3rd Floor - Suite 300
Chicago, Illinois 60628-5047
Phone: 773.568.5620
Fax:　　888.785.6445
Email: legalservices@logiklegal.org
Atty/Firm No.: 6277650