# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **AUGUSTYN KASPRZYK,**<br><br>Plaintiff.<br><br>vs.<br><br>**AXIOM FINANCIAL, LLC, ET AL.**<br><br>Defendants. | **CIVIL ACTION No.**<br>**1:17-cv-08523** |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff hereby voluntarily dismisses the following parties from this action: Regions Bank (named as Regions Financial Corp.) and Regions Mortgage (Regions Mortgage, Inc.).

RUBENSTEIN BUSINESS LAW

By: ___s/David Rubenstein_____

David Rubenstein, Esq.

**Rubenstein Business Law**
**30 S. Wacker Drive, 22nd Floor**
**Chicago, IL 60606**
**Phone: 312-466-5612**
**Fax: 312-466-5601**
**Attorneys for Plaintiff**