## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Augustyn Kasprzyk, ) | Case No. 17-cv-08523 |
| ) | |
| Plaintiff, ) | Honorable Charles R. Norgle, Sr. |
| ) | |
| vs. ) | |
| ) | |
| Axiom Financial LLC, formerly known as, ) | |
| Axiom Financial Services, et al., ) | |
| ) | |
| Defendants. ) | |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the parties as evidenced by the stipulations below:

IT IS HEREBY ORDERED that the above captioned case is dismissed as to Defendants Ocwen Loan Servicing, LLC, Ocwen Financial Corporation, American Home Mortgage Servicing, Inc., Homeward Residential Holdings, Inc., Citigroup, Inc., Citi Property Holdings, Inc., U.S. Bank National Association, as Trustee for Accredited Mortgage Loan Trust Asset-Backed Notes, Series 2007-1, and Accredited Mortgage Loan REIT Trust with prejudice and without costs.

Dated: 7/29/18

_____
Honorable Charles R. Norgle, Sr.