# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AUGUSTYN KASPRZYK, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-cv-08523 |
| AXIOM FINANCIAL LLC, et al., | ) Hon. Charles R. Norgle |
| Defendants. | ) |

## ORDER

By Order of Jan 11, 2019, the Court set this matter for status on March 1, 2019. Plaintiff's counsel did not appear, but by letter of February 28, 2019—not a motion pursuant to the Federal Rules of Civil Procedure—Plaintiff's counsel requested a postponement of the status hearing. The parties shall appear for a status hearing on April 12, 2019 at 10 a.m. The parties are reminded that the Court follows the Federal Rules of Civil Procedure and does not proceed by way of correspondence. Additionally, Defendants Gregory Funding LLC and Aspen Shackleton III, LLC's motion to dismiss [59] remains under advisement.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: March 4, 2019