# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Augustyn Kasprzyk

                        Plaintiff,

v.                                       Case No.: 1:17−cv−08523
                                              Honorable Charles R. Norgle Sr.

Axiom Financial LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2019:

       MINUTE entry before the Honorable Charles R. Norgle: Motion for Adjournment of Status Hearing [68] is granted. The status hearing set for April 12, 2019 is stricken. The notice of motion hearing set for April 11 2019 is stricken. An Agreed Written Status Report is due on 6/3/2019. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.