IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **AUGUSTYN KASPRZYK,**<br><br>    **Plaintiff.**<br><br>vs.<br><br>**AXIOM FINANCIAL, LLC, ET AL.**<br><br>    **Defendants.** | **CIVIL ACTION No.**<br>**1:17-cv-08523** |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff hereby voluntarily dismisses the following parties from this action: Axiom Financial, LLC

            RUBENSTEIN BUSINESS LAW

         By:  s/David Rubenstein_____

           David Rubenstein, Esq.

           Rubenstein Business Law
           30 S. Wacker Drive, 22nd Floor
           Chicago, IL 60606
           Phone: 312-466-5612
           Fax: 312-466-5601
           Attorneys for Plaintiff