# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Augustyn Kasprzyk, | ) | |
| Plaintiff, | ) ) ) | No. 17-cv-8523 |
| v. | ) ) | |
| Axiom Financial LLC, et al., | ) ) | Hon. Charles R. Norgle |
| Defendants. | ) ) | |

## ORDER

In light of the Court's June 25, 2019 Order granting Defendants' motion to dismiss, the Court instructs Defendants that any motion for fees and costs must comply with Local Rule 54.1.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: June 25, 2019